IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:17-CR-361 (DJS) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **VINCENT D. KOH, M.D., and** | ) | Violation:   21 U.S.C. § 331(c) and |
| **MILLY K. KOH,** | ) | 333(a)(1) |
| | ) | [Receiving in Interstate |
| | ) | Commerce and Delivering a |
| | ) | Misbranded Drug] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendants.** | ) | County of Offense:   Warren |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Receiving in Interstate Commerce and Delivering a Misbranded Drug]

From in and around July 2010 through in and around March 2012, in Warren County in the Northern District of New York, and elsewhere, the defendants, **VINCENT D. KOH, M.D.,** and **MILLY K. KOH,** received and caused to be received in interstate commerce a drug that was misbranded and delivered and caused the delivery thereof for pay, that is "MabThera," a drug as defined by Title 21, United States Code, Section 321(g)(1), where (a) its drug labeling, as defined by Title 21, United States Code, Section 321(m), did not bear adequate directions for use, as required by Title 21, United States Code, Section 352(f)(1), and (b) its label, as defined by Title 21, United States Code, Section 321(k), did not bear the symbol "Rx only" as required by Title 21, United States Code, Section 353(b)(4)(A), all in violation of Title 21, United States Code, Sections 331(c) and 333(a)(1).

Dated: November 20, 2017                    GRANT C. JAQUITH
                                            Acting United States Attorney

                                    By:     _____
                                            Joseph A. Giovannetti
                                            Assistant United States Attorney
                                            Bar Roll No. 520304